# Third District Court of Appeal
## State of Florida

Opinion filed March 9, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2192
Lower Tribunal Nos. F95-6047; F93-27442; F95-6050; F95-6051; F94-43693

_____

**Albert Quinn,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Zachary James, Judge.

Albert Quinn, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, SCALES, and GORDO, JJ.

PER CURIAM.

Affirmed.